**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Deborah S. Hunt<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: October 06, 2016

Mr. Harry F. Burnette
Burnette, Dobson & Pinchak
713 Cherry Street
Chattanooga, TN 37402

Mr. Frank P. Pinchak
Burnette, Dobson & Pinchak
713 Cherry Street
Chattanooga, TN 37402

Ms. Mallory Schneider Ricci
Constangy, Brooks, Smith & Prophete
401 Commerce Street
Suite 1010
Nashville, TN 37219

Ms. Kimberly F. Seten
Constangy, Brooks & Smith
2600 Grand Boulevard
Suite 750
Kansas City, MO 64108

Ms. Mary Dohner Smith
Constangy, Brooks, Smith & Prophete
401 Commerce Street
Suite 1010
Nashville, TN 37219

Mr. Robert Wisdom Wheeler
Burnette, Dobson & Pinchak
713 Cherry Street
Chattanooga, TN 37402

                    Re:   Case No. 16-6199, *Shirley Swanson v. Carriage Services, Inc.*
                          Originating Case No. : 1:15-cv-00093

Dear Sir or Madam,

    The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Connie A. Weiskittel
                              Mediation Administrator


cc:  Ms. Debra Poplin
Enclosure

No mandate to issue

Case No. 16-6199

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER


SHIRLEY SWANSON

      Plaintiff - Appellant

v.

CARRIAGE SERVICES, INC., dba Williamson & Sons Funeral Home

      Defendant - Appellee


    In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

parties' stipulation to dismiss,

    It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules

of Appellate Procedure.


                              **ENTERED PURSUANT TO RULE 33,**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: October 06, 2016